**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 14-1739**

—————————

ANDRES LEROY GLENN,

                    Plaintiff – Appellant,

          v.

GWEN RICHARDSON,

                    Defendant - Appellee.

—————————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Cameron McGowan Currie, Senior
District Judge.   (3:14-cv-01147-CMC)

—————————

Submitted:  September 23, 2014      Decided:  September 25, 2014

—————————

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Andres Leroy Glenn, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andres Leroy Glenn seeks to appeal the district court's order adopting the magistrate judge's recommendation to dismiss without prejudice Glenn's civil complaint. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on May 19, 2014. The notice of appeal was filed on July 22, 2014, sixty-four days later. Because Glenn failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2